AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) — Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>Chuoi Dich Sam | Case No: CR 05-52-BLG-SPW<br>USM No: 08701-046 |
| Date of Original Judgment: 03/16/2006<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | David F. Ness<br>*Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 137 months is reduced to 102 months, 14 days as to Counts 1 & 2

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/16/2006 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/04/2024

*Judge's signature* (signed: Susan P. Watters)

Effective Date: 12/13/2024
*(if different from order date)*

Susan P. Watters, U.S. District Judge
*Printed name and title*